ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2010 AUG 19 PM 1:44

CLERK _C Adams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ROY JAMES SANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-040 |
| | ) | |
| FNU GREEN, Officer, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Hall, Harry, Austen, Gotel, Washington, and Owens, as well as Plaintiff's request for injunctive relief, are **DISMISSED** from the case.

SO ORDERED this 19th day of August, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE